## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JON ROBERT ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-cv-00424-NT |
| | ) | |
| WELLPATH OF MAINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 20, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on the Defendants' Motion to Dismiss and Motion for Summary Judgment (ECF No. 75). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 10th day of September, 2021.